Lawrence D. Rohlfing
Attorney at Law: 119433
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
DIANE DUNCAN BROOKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DUNCAN BROOKS ) | Case No.: 1:17-cv-01506-BAM |
| ) | |
| Plaintiff, ) | STIPULATION AND ORDER TO EXTEND |
| v. ) | TIME TO FILE OPENING BRIEF |
| ) | |
| NANCY A. BERRYHILL, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| ) | |
| Defendant. ) | |

Plaintiff Diane Duncan Brooks and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 28 days from July 5, 2018 to August 13, 2018 for Plaintiff to file a opening brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

///

///

-1-

This request is made at the request of Plaintiff's counsel to allow additional time to fully research the issues presented. The parties need to reexplore an issue that could resolve the case. Plaintiff's counsel needs additional time because of a vacation from July 21 to August 4, 2018.

DATE: July 3, 2018    Respectfully submitted,

LAWRENCE D. ROHLFING

/s/ *Lawrence D. Rohlfing*

BY: _____
Lawrence D. Rohlfing
Attorney for plaintiff Ms. Diane Duncan Brooks

DATE:  July 3, 2018

MCGREGOR W. SCOTT (eastern)
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

/s/ *Tina Naicker*

BY: _____
Tina Naicker
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
Acting Commissioner of Social Security
|*authorized by e-mail|

## ORDER

Based upon the stipulation of the parties, and for cause shown, IT IS HEREBY ORDERED that Plaintiff shall have an extension of time, to and including August 13, 2018, in which to file Plaintiff's Opening Brief in Support of Plaintiff's Complaint; and that all other deadlines set forth in the Case Management Order shall be extended accordingly.

IT IS SO ORDERED.

Dated**:  July 5, 2018**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE