# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIANE DUNCAN BROOKS,<br><br>  Plaintiff,<br><br>  v.<br><br>ANDREW M. SAUL, Commissioner of Social Security,[1]<br><br>  Defendant. | Case No. 1:17-cv-01506-BAM<br><br>**ORDER REMANDING ACTION FOR FURTHER PROCEEDINGS** |

On September 18, 2019, the United States Court of Appeals for the Ninth Circuit granted the parties' joint motion for a full remand, vacated the district court's judgment, and remanded this matter with instructions that the district court reverse the decision of the Commissioner of the Social Security Administration and remand the case to the Commissioner for further administrative proceedings. (Doc. 30). The judgment of the United States Court of Appeals for the Ninth Circuit took effect on November 12, 2019. (Doc. 32).

Pursuant to the judgment of the Ninth Circuit Court of Appeals, the decision of the Commissioner of the Social Security Administration is REVERSED, and the action is REMANDED to the Commissioner for further proceedings. The Clerk of Court is DIRECTED to close this action.

IT IS SO ORDERED.

Dated:  **November 13, 2019**         /s/ Barbara A. McAuliffe          
                                                      UNITED STATES MAGISTRATE JUDGE

---

[1] Andrew M. Saul is the Commissioner of Social Security. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Andrew M. Saul is substituted as the defendant in this action.

1